# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES L. GLOVER | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | **NO.**   23-3686 |
| JACOBS et al | : | |

## Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against LT. BARRY JACOBS #97 PHILADELPHIA POLICE OFFICER, DOUGLAS K. MORRISON, JR. #7099, RUSSELL CROTTS, SHEA SKINNER and FEIGE M. GRUNDMAN for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

By: *Michele Helmer*
Deputy Clerk