# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES L. GLOVER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LT. BARRY JACOBS, #97 Philadelphia Police Officer, DOUGLAS K. MORRISON, JR., #7099, RUSSELL CROTTS, SHEA SKINNER, FEIGE M. GRUNDMAN, UNKNOWN CITY EMPLOYEES OR PPD OFFICERS INVOLVED 400 N. Broad Street, Philadelphia, PA  19130 Fl 4th And 1515 Arch Street, Philadelphia, PA 19102 and POLICE DEPARTMENT OPEN RECORDS DEPARTMENT & PHILADELPHIA CITY ATTORNEYS | : : : : : : : : : : | NO. 23-3686 |

## ORDER

**NOW**, this 13th day of May, 2024, upon consideration of the Defendants' Motion to Set Aside Entry of Default (Doc. No 27), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The default entered against defendants Russell Crotts, Feige M. Grundman, Barry Jacobs, Douglas K. Morris, Jr. and Shea Skinner on March 6, 2024 is **STRICKEN**.

2. The defendants' Answer and Affirmative Defenses attached to the motion as Exhibit A (Doc. No. 27-1) shall be deemed filed as of this date.

TIMOTHY J. SAVAGE, J.