IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES L. GLOVER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 2:23-cv-03686-TJS |
| LT BARRY JACOBS ET AL., | : | <u>JURY TRIAL DEMANDED</u> |
| Defendants. | : | |

### DEFENDANTS' PRETRIAL MEMORANDUM

Defendants, Philadelphia Police Lieutenant Barry Jacobs, Philadelphia Police Officer Douglas Morrison, Jr., former Chief Deputy City Solicitor Feige Grundman, former Deputy City Solicitor Russell Crotts and Deputy City Solicitor Shea Skinner, hereby file this Pretrial Memorandum pursuant to ¶ 9 of the Court's Scheduling Order dated August 1, 2024 (ECF Doc. 48).

1. **Expert Witnesses:**

None.

2. **Fact Witnesses:**

**LT Barry Jacobs (defendant):**

LT Jacobs will testify that he had no personal involvement in any of the events complained of by Plaintiff regarding Plaintiff's arrest and the posting of Plaintiff's photograph inside the building located at 400 North Broad Street. He will also testify about Act 22 and Right to Know Law requests and how they are processed. He will testify that the disposition of Plaintiff's Act 22 and Right to Know Law requests were completed in accordance with the law.

**Police Officer Douglas Morrison, Jr. (defendant):** Officer Morrison will testify that he had no

personal involvement in any of the events complained of by Plaintiff regarding Plaintiff's arrest and the posting of Plaintiff's photograph inside the building located at 400 North Broad Street. He will also testify about Act 22 and Right to Know Law requests and how they are processed.

**Feige Grundman, Esquire (defendant):**

Feige Grundman will testify that she was the Divisional Deputy City Solicitor for the Right to Know Division of the City of Philadelphia Law Department and was later promoted to Chief Deputy City Solicitor of the Right to Know Unit. She will also testify that she served as Open Records Officer of the City of Philadelphia Law Department. She will testify about the procedure for responding to Act 22 and Right to Know Law requests, and her personal knowledge of such requests submitted by Plaintiff. Ms. Grundman will testify that she had no personal knowledge or involvement with Plaintiff's arrest and the posting of his photograph in the building located at 400 North Broad Street.

**Deputy City Solicitor Shea Skinner (defendant):**

Shea Skinner will testify that he is assigned to the Compliance and Legislation Group, in the Right to Know Law Unit of the City of Philadelphia Law Department. He will testify about the procedure for responding to Act 22 and Right to Know Law requests, and his personal knowledge of such requests submitted by Plaintiff. Mr. Skinner will testify that he had no personal knowledge or involvement with Plaintiff's arrest and the posting of his photograph in the building located at 400 North Broad Street.

**Former Deputy City Solicitor Russell Crotts (defendant):**

Russell Crotts, Esquire will testify he was a deputy city solicitor with the City of Philadelphia Law Department from October of 2015 to October of 2024. I was assigned to the Law Department's Right to Knowfrom October 2015 to August 2022. He will testify about the

procedure for responding to Act 22 and Right to Know Law requests, and his personal knowledge of such requests submitted by Plaintiff. Mr. Skinner will testify that he had no personal knowledge or involvement with Plaintiff's arrest and the posting of his photograph in the building located at 400 North Broad Street.

**Philadelphia Police Detective Frank Wallace:**

Detective Wallace will testify about the investigation into Plaintiff's assault on a security guard at 400 North Broad Street, when Plaintiff pointed a rifle at the guard from outside the building. He will testify that none of the named defendants had anything to do with the investigation.

3. **Designations:**

There are no designations of depositions because none were taken.

4. **Damages:**

Plaintiff has never disclosed any evidence of damages.

5. **Important Legal Issues:**

Defendants have filed a motion for summary judgment on all claims. If the motion is denied, Defendants will raise the same issues upon the completion of Plaintiff's case in chief because he has no evidence to support his claims that these defendants engaged in conduct that amounts to a prior restraint on his rights under the First Amendment.

Defendants will object to any exhibit Plaintiff intends to offer at trial because he has missed the deadline under the Court's Scheduling Order. Defendants do not intent to offer any exhibit in their case in chief because Defendants deny they violated Plaintiff's civil rights and deny they were involved in the investigation that led to Plaintiff's arrest for assaulting a security guard at the building located at 400 North Broad Street.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: November 22, 2024 | *Matthew K. Hubbard* |
| | Matthew Kevin Hubbard |
| | Senior Attorney |
| | Attorney ID No. 44110 |
| | City of Philadelphia Law Department |
| | 1515 Arch Street, 14th Floor |
| | Philadelphia, PA  19102-1595 |
| | 215-900-2304 (cell) |
| | 215-683-5397 (fax) |
| | matthew.hubbard@phila.gov |
| | Attorney for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. GLOVER, | : |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | NO.   2:23-cv-03686-TJS |
| : | |
| LT BARRY JACOBS ET AL., : | JURY TRIAL DEMANDED |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, **Matthew Kevin Hubbard**, Attorney for Defendants, LT Barry Jacobs, Police Officer Douglas Morrison, Jr., Feige Grundman, Shea Skinner, and Russell Crotts in the above-captioned matter, certify that a true and correct copy of the foregoing **Defendants' Pretrial Memorandum** was served by email and first class mail, postage prepaid, to the person and at the addresses identified below.

> James L. Glover
> 6532 North Woodstock Street
> Philadelphia, PA  19138
> gloverjames20@gmail.com

Respectfully submitted,

Date: November 22, 2024

*Matthew K. Hubbard*
**MATTHEW KEVIN HUBBARD**
Senior Attorney
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5391  (Tel)
(215)  683-5397  (Fax)
matthew.hubbard@phila.gov

5