IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES L. GLOVER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LT. BARRY JACOBS, #97 Philadelphia Police Officer, DOUGLAS K. MORRISON, JR., #7099, RUSSELL CROTTS, SHEA SKINNER, FEIGE M. GRUNDMAN, UNKNOWN CITY EMPLOYEES OR PPD OFFICERS INVOLVED 400 N. Broad Street, Philadelphia, PA   19130 Fl 4th And 1515 Arch Street, Philadelphia, PA 19102 and POLICE DEPARTMENT OPEN RECORDS DEPARTMENT & PHILADELPHIA CITY ATTORNEYS | : : : : : : : : : : | NO. 23-3686 |

### ORDER

**NOW**, this 4th day of December, 2024, the defendants having filed a motion for summary judgment, it is **ORDERED** that the final pretrial conference on December 17, 2024 and the trial scheduled to begin December 19, 2024 are **POSTPONED**.

_____
TIMOTHY J. SAVAGE, J.