IN THE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Civil Action No.** GLOVER v. JACOBS, et al          **Case Number:** 2:23-cv-03686-TJS

## MOTION TO STRIKE IMPROPER EVIDENCE; FALSE AND MISLEADING INFORMATION

## MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11 AND 28 U.S.C. § 1927

**Plaintiff** James Glover, proceeding pro se, respectfully moves this Court to strike improper evidence and impose sanctions against Defendants and their counsel for knowingly and recklessly submitting false and misleading information in their filings, in violation of Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1927.

**This motion is supported by the following grounds and exhibits:**

## I. INTRODUCTION

**Defendants** and counsel have knowingly submitted false and misleading affidavits, declarations, and statements in their responses / filings, including their Motion for Summary Judgment. These submissions are improper under the Federal Rules of Evidence and Federal Rules of Civil Procedure, designed to mislead the Court, and have caused unnecessary delays and wasted judicial resources.

## II. LEGAL STANDARD

1. **Federal Rule of Civil Procedure 11:**
   - Requires that all submissions to the court be well-grounded in fact and law, and not filed for improper purposes such as harassment, delay, or increasing litigation costs.
2. **28 U.S.C. § 1927:**

- ○ Permits the imposition of sanctions on attorneys who unreasonably and vexatiously multiply proceedings, causing undue costs.
3. **Rule 56(c)(2):**
   - ○ Evidence submitted in support of a motion for summary judgment must be admissible and reliable.
4. **Rule 12(f):**
   - ○ Allows the court to strike from pleadings any immaterial, impertinent, or scandalous matter.

---

## III. ARGUMENT

### A. Improper and Misleading/False Evidence Submitted

1. **False Affidavits / Declaration and Statements (Exhibit 2)**
   - ○ Lt. Barry Jacobs and Douglas Morrison submitted sworn affidavits containing knowingly false statements to obstruct Plaintiff's access to records.
   - ○ Lt. Jacobs submitted an additional affidavit, supported by Russell Crotts, with fabrications about Plaintiff's actions and intentions.
   - ○ These affidavits were intended to justify Defendants' actions and to mislead the Court and prevent the plaintiff from obtaining public records. .

**Specific Request**:

Please strike the following lines from the Defendants' statements of undisputed material facts, as well as all portions of the sworn affidavits denying involvement in violating the Plaintiff's rights or the claims outlined in the verified complaint, except for Shea Skinner regarding his involvement in placing photos at the entrances of the PPD HQ and security entrances, or participation in the Plaintiff's arrest or charging.

2. **Improper Use of Defendants' Responses / False Affidavits / Declaration and Statements (Exhibit 1, EX 1B)**
   - ○ Defendants Catherine Twigg and Shea Skinner, despite receiving a Cease and Desist Letter and other information prior to their RTKL submission, knowingly provided responses that were factually inaccurate / false (see page 11–12, points 9 and 10). These false responses violated Plaintiff's First Amendment rights and serve as a basis for prior restraint claims.

### B. Supervisory Knowledge of Misconduct (Exhibits 2 & 3)

- **Fiege Grundman,** as a supervisor, failed to prevent or correct the unconstitutional responses submitted by Russell Crotts and Shea Skinner. Grundman had been repeatedly informed that Plaintiff, James Glover, was a community activist, etc.

### C. Pattern of Misrepresentation and Intentional Misconduct

Defendants and their counsel have acknowledged in undisputed material facts **(Exhibit 4 page 1)** that Plaintiff is a community activist and advocate. Despite this knowledge:

- Defendants repeatedly used false language, such as "attempt to gain entry/access," which is unsupported and defamatory.
- These actions demonstrate bad faith and an intent to obstruct Plaintiff's First Amendment rights.

---

### IV. REQUESTED RELIEF

**For the reasons stated above, Plaintiff respectfully requests that this Honorable Court:**

1. **Strike the Following Improper Evidence:**
   - strike the following lines from the Defendants' statements of undisputed material facts, as well as all portions of the sworn affidavits denying involvement in violating the Plaintiff's rights or the claims outlined in the verified complaint, except for Shea Skinner regarding his involvement in placing photos at the entrances of the PPD HQ and security entrances, or participation in the Plaintiff's arrest or charging.
2. **Impose Sanctions:**
   - Sanction Defendants and their counsel under Rule 11 and 28 U.S.C. § 1927 for submitting false and misleading information.
   - Sanctions should include monetary penalties and an order to correct the false filings.
3. **Additional Relief:**
   - Prevent Defendants and their counsel from submitting further false or unsupported filings.
   - Grant any other relief this Court deems just and proper.
4. **Extraordinary circumstances:**

   In light of the extraordinary circumstances of this case, Plaintiff respectfully requests the Court to consider equitable exceptions to the "safe harbor"

requirement under Rule 11. Defendants' egregious misconduct, which includes submitting false and misleading information, undermines the integrity of the court process and constitutes bad faith. Additionally, the time-sensitive nature of this matter makes compliance with the 21-day safe harbor period impractical, as the harm caused by Defendants' actions cannot be remedied by withdrawing or correcting their filings alone based on the stage of this case. Plaintiff also requests the Court to exercise its authority to impose sanctions **sua sponte** to preserve judicial integrity and deter similar misconduct.

**Respectfully submitted,**

James Glover
Plaintiff, **Pro Se**

**Date: 12/12/24**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion to Strike Improper Evidence and for Sanctions was served on all parties of record on 12/12/24 via e-service or email.

James Glover

gloverjames20@gmail.com

12/12/24