*Glover v. City of Philadelphia, Philadelphia Police Department*: AP 2023-1724

**Ex 2**

## Affidavit of Lieutenant Barry Jacobs, Open Records Officer, Philadelphia Police Department

My name is Lieutenant Barry Jacobs and, as Open Records Officer for the Philadelphia Police Department ("Department"), I am authorized to execute this affidavit. I state the following to the best of my knowledge, information, and belief under penalty of perjury pursuant to 18 Pa. Cons. Stat. § 4904 relating to unsworn falsification to authorities:

1. In my capacity as Open Records Officer for the Department, I supervise the processing of Right-to-Know Law ("RTKL") requests received by the Department.

2. I am familiar with the Right-to-Know Law request at issue in the instant appeal filed by James Glover and/or Shakur Capital (collectively "Mr. Glover" or "Requester"), in which Mr. Glover sought:

    > Axon body camera Audit trail for the following events; event (1) 5/16/23 and event (2) 5/25/23 location for both events 660 E Erie Ave, Philadelphia, PA 19134; the time of event (1) 5/16/23 is at or around 12 noon until about 1pm this footage was recorded by Sgt. with the badge number of 467 in E.C.U his phone number is 215-685-9858 the event was seeking to have proprety returrn per court order. Event (2) Time 8:15 am until about 9:10 am requesting Axon body camera Audit trail for all three officers as well as there names and badge numbers the event is a property return of three items via court order. Please provide the list of officers who have reviewed the footage as well as the footage length and all other detail provided in audit trail.

3. Although Mr. Glover's request appears to have been emailed on July 14, 2023, Mr. Glover's email was not delivered to the main inbox for the Department's RTK email account, Police.RightToKnow@phila.gov.

4. The Police.RightToKnow@phila.gov account is reviewed regularly by members of the Department's Right to Know Unit.

5. The Department did not receive or otherwise become aware of Mr. Glover's request until it was discovered on July 18, 2023, in the junk email folder or "spam folder" for the Police.RightToKnow@phila.gov account.

6. On July 25, 2023, the fifth business-day after the Department received or became aware of Mr. Glover's request, the City issued a five-day response invoking a thirty calendar-day extension pursuant to Section 902 of the RTKL, a copy of which is included in Mr. Glover's appeal submission.

1

7. Because the City timely invoked a thirty calendar-day extension on July 25, 2023, the deadline for the Department's response is August 24, 2023.

8. However, in this instance, the Department has reason to believe that the request seeks records which, if disclosed, would be reasonably likely to result in a substantial and demonstrable risk of physical harm to or the personal security of an individual.

9. Based on Requester's previous interactions with the Department, which include entering the Department's headquarters armed, the Department has reason to believe that disclosure of records identifying the names and badge numbers of officers that have reviewed the footage referenced in the request would be reasonably likely to result in a substantial risk of physical harm or to the personal security of individual officers.

Date: 8-15-23

/s/ Barry Jacobs #97
Lt. Barry Jacobs
Open Records Officer
Research and Planning Unit
Philadelphia Police Department

2