

Shakur Capital <shakurcapital@gmail.com>

# Cease and Desist Number 2

**Shakur Capital** <shakurcapital@gmail.com>                                                               Wed, Feb 14, 2024 at 1:50 PM
To: police.righttoknow@phila.gov, righttoknow@phila.gov, LaVanda.K.Harris@phila.gov, Shea.Skinner@phila.gov, Feige.Grundman@phila.gov, Russell.Crotts@phila.gov, renee.garcia@phila.gov, andrew.richman@phila.gov, Bailey.Axe@phila.gov, amanda.bender@phila.gov, cpoc@phila.gov, catherine.twigg@phila.gov, tia.platts@phila.gov, Thomas.McDade@phila.gov, RightToKnowlaw@phila.gov, DA.RTK@phila.gov, josh.niemtzow@phila.gov, Jessica.sanchez@phila.gov, kathleen.lonie@phila.gov, PattonC@freelibrary.org, openrecordsofficer@philasd.org, PPR.RightToKnow@phila.gov, Nick.Custodio@phila.gov

Hi All ,

Following is a cease and desist letter. If your agency and employees have engaged in this behavior then take the letter as educational material. If your agency or employees or contractors have please cease and desist.

Thanks
James Glover
Skaur Capital

📄 **Cease and Desist number 2 to City public agen and more.pdf**
1037K