**EX 1**

James Glover & Shakur Capital, LLC
**Community Activist and Advocate**
shakurcapital@gmail.com
February 14, 2024

**Philadelphia Law Department**, & **CPOC and All Public Agencies Represented by the City Attorney's Office**

Attn: **Renee Garcia, Acting City Solicitor** , **CatherineTwigg ; CPOC General Counsel**
and **To Whom It May Concern**

**Subject**: Immediate Cease and Desist Required: Unauthorized Use of James Glover's Image, Slanderous Behavior, and Due Process Rights Violation

**Dear,** Acting City Solicitor Garcia, City Public Agency's Open Records Officers and Employees, and CPOC; Citizens Police Oversight Commission,

I am James Glover, reaching out both as a community activist and as a Pro Se plaintiff with experience in representing myself in legal matters including the case of **James Glover v. Jacobs et al., Case No. 2:23-cv-03686-TJS**. I am writing to demand that all public agencies represented by the Philadelphia City Attorney's office—this includes employees, the CPOC, any third-party contractors, and affiliated individuals—immediately stop using my photo without proper legal justification, making or spreading unfounded negative statements about me, and infringing on my right to due process as safeguarded by the Fourteenth Amendment of the U.S. Constitution. This means that, according to the law, I must be provided with a clear rationale for any such actions taken against me and afforded an opportunity to contest those actions if they are found to be unlawful or discriminatory.

**Unauthorized Use of Image and Defamation:**

On February 13, 2024, at approximately 3:35 PM, at the lobby of 1515 Arch st while seek to visit the CPOC & City Attorney's office, I was wrongfully denied entry to a public space by security staff who cited a memo and said they had a photo of me saying I can not go upstairs , all without giving me any prior explanation or the chance to respond. This action, along with spreading false and damaging statements about me, has not only hurt my reputation and standing in the community but has also put me at a safety risk of deprivation of rights, which is utterly unacceptable and legally punishable in civil and criminal court.

**Due Process Rights Violation**:

Being denied entry to public agencies simply because I've requested records, wished to observe agency operations firsthand, posed questions as an activist, or exercised my legal rights is a clear violation of my due process rights under the Fourteenth Amendment. It's fundamental that barring someone from public areas must be legally justified and follow specific procedures which includes the person having a right to challenge the reason for such actions, none of which were adhered to in my case.

**Background and Legal Concerns:**

This letter serves as a formal request to stop these practices immediately. This is not the first time such an incident has occurred, and I am currently addressing this matter in federal court in the case "**James Glover v. Jacobs et al., Case No. 2:23-cv-03686-TJS** " which is a first amendment prior restraint case that also has 4th amendment violations, 14th amendment violation and deprivation of rights under the color of law seeking damages over $400k to millions. If your agency has done or is currently engaging in actions I'm seeking to cease and desist, those actions undermine my rights and retaliate against me will not only be challenged in court but will also hold your agency accountable for any legal consequences.

**Demand for Immediate Action:**

I thus demand that all relevant public agencies and personnel:

- Immediately stop using my photograph without a valid reason or without informing me, as this violates my due process and equal protection rights.
- Cease making or spreading any unfounded negative statements about me.
- Avoid any further violations of my due process rights, including unjust denials of access to public spaces and records.
- Withdraw any documents or messages unlawfully using my image or containing defamatory content, and correct any due process wrongs.

Should these issues not be addressed, I will have no choice but to seek all legal avenues available, including injunctive relief and damages for defamation and the violation of my constitutional rights.

I expect a written response to this letter and a detailed explanation of how you plan to rectify these issues within 5 days of receiving this notice.

This letter does not waive any of my rights, which are fully reserved.

Sincerely,
James Glover

Below are to official notice of the **14th amendment and 1st amendment**

# OFFICIAL NOTICE

The Fourteenth Amendment to the United States Constitution is a pivotal provision that was adopted on July 9, 1868, as one of the Reconstruction Amendments. Its primary aim was to address issues related to former slaves following the American Civil War, but its scope has significantly expanded over time to protect the rights of all citizens against state infringement. The Amendment includes several sections, but its Due Process and Equal Protection Clauses, located in Section 1, are particularly influential in civil rights law and have been interpreted broadly by the courts to apply to a wide range of issues affecting individuals and groups.

**Due Process Clause**

The Due Process Clause of the Fourteenth Amendment states that no state shall "deprive any person of life, liberty, or property, without due process of law." This clause serves two main functions:

> **Procedural Due Process**: This aspect requires that governments follow certain procedures before depriving individuals of life, liberty, or property. It emphasizes fairness in legal processes and ensures that individuals have notice of proceedings against them and an opportunity to be heard. Procedural due process rights apply in a variety of contexts, from criminal trials to administrative hearings.
> **Substantive Due Process**: This interpretation extends the clause beyond mere procedural fairness, allowing courts to protect certain rights as fundamental, even if not explicitly mentioned elsewhere in the Constitution. Substantive due process has been used to cover rights such as privacy, bodily autonomy, and family integrity.

**Equal Protection Clause**

The Equal Protection Clause declares that no state shall "deny to any person within its jurisdiction the equal protection of the laws." This clause is crucial for combating discrimination and ensuring that all individuals are treated equally under the law. It has been the basis for landmark civil rights decisions, including those involving racial discrimination, gender discrimination, and other forms of unequal treatment. The courts typically use three levels of scrutiny to evaluate laws under the Equal Protection Clause:

**Rational Basis Review**: The default level of review that applies to most laws. The government must show that a law is rationally related to a legitimate government interest.

**Intermediate Scrutiny**: Used for laws involving gender or legitimacy. The government must show that the law is substantially related to an important government interest.

**Strict Scrutiny:** The highest level of review, used for laws that discriminate based on race or infringe upon fundamental rights. The government must show that the law is narrowly tailored to serve a compelling government interest.

# OFFICIAL NOTICE

**Definition of Prior Restraint:**

Prior restraint refers to a government action that prohibits speech or other expression before it can take place. It's a form of censorship where the government reviews and must approve content before it can be published or disseminated. In legal contexts, prior restraint is often discussed in relation to the First Amendment to the United States Constitution, which protects freedom of speech and freedom of the press. Courts generally view prior restraint with significant skepticism because it contradicts the fundamental principles of free expression.

**Civil Penalties (Deprivation of Rights):**

- Under 42 U.S.C. § 1983, individuals who suffer from a violation of their rights, such as an unlawful application of prior restraint by state actors, can file a lawsuit in federal court.
- The plaintiff can seek damages, including compensatory damages for things like mental anguish or loss of reputation and punitive damages if the conduct was willfully malicious.
- Injunctions may also be issued by the court to prevent ongoing violations.

**Criminal Penalties (Conspiracy to Violate Rights):**

- 18 U.S.C. § 241 makes it a crime for two or more persons to conspire to injure, oppress, threaten, or intimidate any person in the exercise or enjoyment of any right or privilege secured by the Constitution or laws of the United States.
- The penalties for violating this statute can be severe, ranging from a fine or imprisonment up to ten years, to life imprisonment or even the death penalty if death results from the acts carried out in furtherance of the conspiracy.
- This law is frequently used in cases where law enforcement officers or other state actors conspire to violate someone's civil rights, including rights protected under the First Amendment.

These laws provide the basis for holding individuals and government entities accountable for violations of constitutional rights, including those involving prior

restraint. The enforcement of these laws is crucial to protecting the constitutional freedoms guaranteed to individuals in the United States.