**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES L. GLOVER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LT. BARRY JACOBS, #97** | : | |
| **Philadelphia Police Officer,** | : | |
| **DOUGLAS K. MORRISON, JR., #7099,** | : | |
| **RUSSELL CROTTS, SHEA SKINNER,** | : | |
| **FEIGE M. GRUNDMAN, UNKNOWN** | : | |
| **CITY EMPLOYEES OR PPD** | : | |
| **OFFICERS INVOLVED** | : | **NO. 23-3686** |

## ORDER

**NOW,** this 25th day of February, 2025, upon consideration of Defendants' Motion for Summary Judgment (Document No. 51), and *pro se* Plaintiff James Glover having failed to respond, and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants Lt. Barry Jacobs, Douglas K. Morrison, Jr., Russell Crotts, Shea Skinner, Feige Grundman, and unknown City Employees or PPD Officers, and against James Glover on all claims.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.